# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

DAMIEN ORTIZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0487

———————————————

November 21, 2025

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Jason Reid of The Reid Firm, Bradenton, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Lara E. Breslow, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.